**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7336**

_____

EARL SAND,

Plaintiff - Appellant,

versus

S. STEELE, Corrections Officer; L. RICKS,
Corrections Officer, 6-2 Shift; DARLING,
Corrections Officer; B. MOHEAD, Inmate
Hearings Officer A,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry Coke Morgan, Jr., District
Judge. (CA-01-11-2)

_____

Submitted: June 19, 2003            Decided: August 8, 2003

_____

Before WIDENER, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Earl Sand, Appellant Pro Se.  Pamela Anne Sargent, Assistant
Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Earl Sand appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sand v. Steele, No. CA-01-11-2 (E.D. Va. Aug. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED